IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

vs.

ABERCROMBIE & FITCH STORES,
INC., d/b/a ABERCROMBIE KIDS,

    Defendant.

Case No. 09-CV-602-GKF-FHM

## OPINION AND ORDER

Defendant's Motion for Order Compelling Council on American-Islamic Relations–Oklahoma Chapter to Comply with Subpoena Duces Tecum, [Dkt. 43], is DENIED.

In accordance with Fed. R. Civ. P. 45(a)(2)(C), a subpoena for production of documents must be issued from the court for the district where the production or inspection is to be made. Further, under Rule 45(c)(2)(B)(i) an order compelling production must come from the issuing court. Applying these rules, Defendant's motion must be denied. The subpoena in question seeks production of documents in Oklahoma City, which is within the Western District of Oklahoma. That court is therefore the appropriate court to issue and to enforce the subpoena.

SO ORDERED this 14th day of March, 2010.

FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE