## IN THE UNITED STATE DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ABERCROMBIE & FITCH STORES, Inc., an Ohio Corporation d/b/a AbercrombieKids,<br><br>　　　　Defendant. | Civil Action No. 09-CV-602-GKF-FHM |

### PLAINTIFF EEOC'S FIRST MOTION *IN LIMINE*

Plaintiff, Equal Employment Opportunity Commission ("EEOC"), respectfully moves this Court for an order instructing Defendant and its counsel as set forth below:

> That Defendant and its attorneys of record shall not make any inquiry, refer to, introduce any evidence of, rely upon, or offer any testimony concerning the satisfaction of EEOC's administrative prerequisites to filing suit, including the EEOC investigation and conciliation of Samantha Elauf's Charge of Discrimination upon which this lawsuit is based.
>
> That Defendant, in particular, is hereby precluded from calling the following witnesses:
>
> (a) an EEOC Representative to testify about conciliation efforts
>
> (b) EEOC Investigator Marilyn Koshiway; and
>
> (c) Razi Hashmi.

This Motion is supported by the accompanying Memorandum of Law.

Wherefore, Plaintiff respectfully requests that this Court grant EEOC's First Motion *In Limine*.

Dated: April 15, 2011                               Respectfully submitted,

*/s/* Barbara A Seely
BARBARA A. SEELY

Regional Attorney
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1222 Spruce St., Room 8.100
St. Louis, MO 63103
(314) 539-7910
(314) 539-7895 FAX

*/s/* Jeff A. Lee
JEFF A. LEE

Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
215 Dean A. McGee Avenue. Suite 524
Oklahoma City, Oklahoma 73102
(405) 231-4375
(405) 231-5816 FAX

/s/ Jennifer L. Hope
JENNIFER L. HOPE

Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
801 Market St., Suite 1300
Philadelphia, PA 19107
(215) 440-2841
(215) 440-2848 FAX

/s/ Natasha L. Abel
NATASHA L. ABEL

Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

2

801 Market St., Suite 1300  
Philadelphia, PA 19107  
(215) 440-2841  
(215) 440-2848 FAX