**IN THE UNITED STATE DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY | ) | |
| COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 09-CV-602-GKF-FHM |
| | ) | |
| ABERCROMBIE & FITCH STORES, Inc., | ) | |
| an Ohio Corporation d/b/a AbercrombieKids, | ) | |
| | ) | |
| Defendant. | ) | |

**EEOC'S SECOND MOTION *IN LIMINE***

Plaintiff, Equal Employment Opportunity Commission ("EEOC"), respectfully moves

this Court for an order instructing Defendant and its counsel as set forth below:

> Defendant and its attorneys of record shall not make any inquiry,
> refer to, introduce any evidence of, rely upon, or offer any
> testimony or argument concerning the Council for American-
> Islamic Relations.

This Motion is supported by the accompanying Memorandum of Law.

Wherefore, Plaintiff respectfully requests that this Court grant EEOC's Second Motion *In

Limine*.

Dated: April 15, 2011                    Respectfully submitted,


                                         */s/* Barbara A Seely
                                         BARBARA A. SEELY

                                         Regional Attorney
                                         EQUAL EMPLOYMENT OPPORTUNITY
                                         COMMISSION
                                         1222 Spruce St., Room 8.100

St. Louis, MO 63103
(314) 539-7910
(314) 539-7895 FAX

*/s/* Jeff A. Lee
JEFF A. LEE

Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
215 Dean A. McGee Avenue. Suite 524
Oklahoma City, Oklahoma 73102
(405) 231-4375
(405) 231-5816 FAX

/s/ Jennifer L. Hope
JENNIFER L. HOPE

Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
801 Market St., Suite 1300
Philadelphia, PA 19107
(215) 440-2841
(215) 440-2848 FAX

/s/ Natasha L. Abel
NATASHA L. ABEL

Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
801 Market St., Suite 1300
Philadelphia, PA 19107
(215) 440-2841
(215) 440-2848 FAX