IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>      Plaintiff,<br><br>v.<br><br>ABERCROMBIE & FITCH STORES, Inc., an Ohio Corporation d/b/a AbercrombieKids,<br><br>      Defendant. | Civil Action No. 09-CV-602-GKF-FHM |

## PLAINTIFF EEOC'S FIFTH MOTION *IN LIMINE*

Plaintiff Equal Employment Opportunity Commission ("EEOC") respectfully moves this Court for an Order instructing Defendant and its counsel as set forth below:

That Defendant and its attorneys of record shall not make any inquiry, refer to, introduce any evidence of, rely upon or offer any testimony or argument concerning the prior jury verdict entered on December 4, 2009, in *EEOC v. J.M. Hollister, LLC and Abercrombie & Fitch Stores, Inc. d/b/a/ Hollister Co.*, Case No. 4:08-1470, U.S District Court for the Eastern District of Missouri, a case filed by Plaintiff against Defendant, on behalf of former employee, Lekettra D. Bennett.

This Motion is supported by the accompanying Memorandum of Law.

Dated: April 15, 2011

Respectfully submitted,

*/s/* Barbara A Seely
BARBARA A. SEELY

Regional Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
1222 Spruce St., Room 8.100
St. Louis, MO 63103
(314) 539-7910
(314) 539-7895 FAX

*/s/* Jeff A. Lee
JEFF A. LEE

Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
215 Dean A. McGee Avenue. Suite 524
Oklahoma City, Oklahoma 73102
(405) 231-4375
(405) 231-5816 FAX

/s/ Jennifer L. Hope
JENNIFER L. HOPE

Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
801 Market St., Suite 1300
Philadelphia, PA 19107
(215) 440-2841
(215) 440-2848 FAX

/s/ Natasha L. Abel
NATASHA L. ABEL

Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
801 Market St., Suite 1300
Philadelphia, PA 19107
(215) 440-2786
(215) 440-2848 FAX