# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

EEOC,

        Plaintiff(s),

vs.

Abercrombie & Fitch Stores, Inc.,

        Defendant(s).

Case Number: 09-cv-602-GKF-FHM
Proceeding: Pretrial Conf.
Date: 7-7-2011
Court Time:   3:30 - 5:20

## MINUTE SHEET

Gregory K. Frizzell, U.S. District Judge  H. Overton, Deputy Clerk  Glen Dorrough, Reporter

Counsel for Plaintiff: Barbara Seely, Natasha Able, Jeff Lee

Counsel for Defendant:  Mark Knueve,  Daniel Clark

Minutes:

Parties advised re: media request to take photos in Courthouse will be denied.

Media request to use electronic devices in Courtroom, under advisement.

Court directs pleading #58-2 page 16 be sealed re: personal identifiers.

Depo. Objs. Discussed.

Deft. will redact some exhibits re: consent decree.

EEOC mot limine #57 pending, arguments made, mot. found moot.

EEOC mot limine #58 pending, arguments made, Mot granted & found moot.

EEOC mot limine #60 pending, arguments made, Mot. Granted

PTO discussed.

Parties to submit corrected PTO