**FILED**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

JUL 20 2011

Phil Lombardi, Clerk
U.S. DISTRICT COURT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 09-CV-602-GKF-FHM ) ) |
| ABERCROMBIE & FITCH STORES, INC., an Ohio corporation, d/b/a Abercrombie Kids, | ) ) ) ) |
| Defendant. | ) ) |

## VERDICT FORM

We, the jury, empaneled and sworn in the above entitled cause, do, upon our oaths, award compensatory damages for plaintiff and against defendant Abercrombie & Fitch Stores, Inc. in the sum of $ _20,000.00_

<u>Interrogatory Concerning Punitive Damage Claim:</u>

We do ____ do not _✓_ (Check One) find by a preponderance of the evidence that the plaintiff has proven that Ms. Elauf is entitled to punitive damages.

_____
Foreperson

___July 20th, 2011___
Date