IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>      Plaintiff,<br><br>v.<br><br>ABERCROMBIE & FITCH STORES, INC., an Ohio corporation, d/b/a Abercrombie Kids,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)  Case No. 09-CV-602-GKF-FHM<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

Pursuant to the jury verdict entered on July 20, 2011 [Dkt. #170], and to the court's ruling at the conclusion of the July 20, 2011, hearing on plaintiff's claim for injunctive relief, judgment is hereby entered in favor of plaintiff, Equal Employment Opportunity Commission on behalf of Samantha Elauf, and against defendant, Abercrombie & Fitch Stores, Inc., on plaintiff's claim for compensatory damages in the amount of twenty thousand dollars ($20,000.00); and judgment is entered in favor of defendant on plaintiff's claims for punitive damages and injunctive relief.

ENTERED this 21st day of July, 2011.

Gregory K. Frizzell
United States District Judge
Northern District of Oklahoma