**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**October 1, 2013**

_____

**Elisabeth A. Shumaker**
**Clerk of Court**

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff - Appellee,

v.

ABERCROMBIE & FITCH STORES, INC., an Ohio corporation, d/b/a Abercrombie Kids,

    Defendant - Appellant.

No. 11-5110
(D.C. No. 4:09-CV-00602-GKF-FHM)

_____

**JUDGMENT**
_____

Before **KELLY**, **EBEL**, and **HOLMES**, Circuit Judges.
_____

    This case originated in the Northern District of Oklahoma and was argued by counsel.

    The judgment of that court is reversed. The case is remanded to the United States District Court for the Northern District of Oklahoma for further proceedings in accordance with the opinion of this court.

                                Entered for the Court

                                ELISABETH A. SHUMAKER, Clerk