**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | March 06, 2014 | Douglas E. Cressler<br>Chief Deputy Clerk |

Mr. Philip Lombardi
United States District Court for the Northern District of Oklahoma
Office of the Clerk
333 West 4th Street, Room 411
Tulsa, OK 74103

**RE:**   **11-5110, EEOC v. Abercrombie & Fitch**
Dist/Ag docket: 4:09-CV-00602-GKF-FHM

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court or agency.

Please contact this office if you have questions.

Sincerely,

*Elisabeth A. Shumaker*

Elisabeth A. Shumaker
Clerk of the Court

cc: Natasha Liana Abel
Jon Edward Brightmire
Kristen Brightmire
Terisa E. Chaw
Daniel J. Clark
Mark Hammons Sr.
Jennifer Lynn Hope
Melvin David Kennedy
Charles M. Kester
Mark A. Knueve
Jeffrey A. Lee
Todd R. McFarland
Carl Felix Miller
Barbara Seely
James M. Tucker

EAS/at